Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF
SAN BERNARDINO; CORY
MCCARTHY, ANDREW POLLICK;
DAVID MOORE, and CRISTINA
OLIVAS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually, <br><br>   Plaintiffs, <br><br> v. <br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, Inclusive, <br><br>   Defendant. | Case No. 5:22-CV-01291 SSS (SHKx) <br><br> *[Honorable Sunshine Suzanne Sykes, Magistrate Judge, Shashi H. Kewalramani]* <br><br> **DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> ***Filed concurrently with:*** <br> *1. Notice of Motion and Motion;* <br> *2. Statement of Uncontroverted Facts;* <br> *3. Declaration of Kayleigh Andersen;* <br> *4. Declaration of Sergeant Gaytan;* <br> *5. Declaration of Corporal McCarthy;* <br> *6. Declaration of Corporal Olivas;* <br> *7. Declaration of Corporal Pollick;* <br> *8. Declaration of  Deputy Moore;* <br> *9. Declaration of Deputy Stone; and* <br> *10. [Proposed] Order* <br><br> Date: April 19, 2024 <br> Time: 2:00 p.m. <br> Crtrm.: Courtroom 2, 2nd Floor <br><br> *Action Filed:  07/22/2022* |

**MANNING | KASS**

**DECLARATION OF SERGEANT ANTHONY SCALISE**

I, **Sergeant Anthony Scalise**, declare as follows:

1.      I am employed as a Sergeant for the San Bernardino County Sheriff's Department ("SBSD").  I am currently assigned to the Civil Liabilities Division.  I have personal knowledge of the matters set forth herein below and if called upon to testify, I will competently testify thereto.

2.      In my capacity as a Sergeant in the Civil Liabilities Division, I serve as a custodian of records for San Bernardino County. As such, I am familiar with the policies and procedures for maintaining case-related documents and files.

3.      San Bernardino County is in possession of and has maintained the following files, which include audio, video, and investigation materials, and are attached hereto as the following exhibits:

4.      Attached hereto as Exhibit "A" is a true and correct copy of the Detailed Call Log History ("Call Log History ") from the subject incident in this case.

5.      Attached hereto as Exhibit "L" is a true and correct copy of photos of the garage, the incident location, taken by members of the SED Team after the subject incident on August 29, 2021

6.      Attached hereto as Exhibit "M" is a true and correct copy of San Bernardino County Sheriff's Department Policy 3.608 The Use of Lethal Force ("Use of Force Policy").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2024, at San Bernardino, California.

_Anthony Scalise_
_____
Sergeant Anthony Scalise

**DECLARATION OF SERGEANT SCALISE ISO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Exhibit "A"

# Detailed History for Police Inc# #VC212410229 As of 8/31/2021 07:31:12

Output for: F3085

Priority:4 Type:LFE - Lethal Force Encounter
Location:16567 ZENDA ST #1, VVC btwn CULLEY ST and S MOJAVE DR

| Created:   | 08/29/2021 17:26:55 | DC57   | C5697 |
|------------|---------------------|--------|-------|
| Entered:   | 08/29/2021 17:29:56 | DC57   | C5697 |
| Dispatch:  | 08/29/2021 17:31:20 | DC10   | H8873 |
| Enroute:   | 08/29/2021 17:31:20 | DC10   | H8873 |
| Onscene:   | 08/29/2021 17:38:14 | MVCP14 | F5443 |
| Control:   | 08/29/2021 19:20:06 | DC10   | H8873 |
| Closed:    | 08/30/2021 19:27:47 | DC06   | E2409 |

IC: PrimeUnit:60H13 Dispo:RTF Type:LFE - Lethal Force Encounter
Jur:VC Group:VC Squad Area:VC2 RptDist:VC031

Case #:SPR2100165, VCR2108196 ☐ Detail

| 17:26:55pdt | CREATE | Location:16567 ZENDA ST #1, VVC Type:415S Inf/Name:FREGOSO,HELEN Phone:626/485-4425 Source:WPH2 Group:VC RD:VC031 TypeDesc:SUBJECT DISTURB LocDesc:btwn CULLEY ST and S MOJAVE DR Priority:1 Response:1PAT Jur:VC LocType:S RPCont:Y GeoLong:-117.300431 GeoLat:34.523516 |
|---|---|---|
| 17:29:56 | ENTRY | Text:DAUS FRIEND S1 IN THE GARAGE, HBD AND BEING 415V, CLAIMS HE HAS A GUN IN HIS RIGHT FRONT POCKET |
| 17:29:56 | ALI | E911Phne:626/485-4425 E911Pilot:909/511-1338 E911Add:16350 MOJAVE DR, VVC E911Subs:T-MOBILE USA E911Srce:WPH2 Tower:TMOB AliLong:-117.302495 AliLatitude:34.52332900 Confidence:90 |
| 17:29:56 | ALIGEO | GeoLong:-117.302495 GeoLat:34.52332900 ClosestAdd:16158 ALLEY ALY ClosestInt:ALLEY ALY / CULLEY ST InterDesc:191 ft NE Area1:VC031 |
| 17:29:56 | SUBJ | S#:1 Race:H Sex:M Age:33 Hght:505 Wght:180 Name:PEREZ,ALBERT Misc:LSW: BLU SWEATER, GRAY SWEATS |
| 17:29:56 | -PREMIS | Text:PPR |
| 17:29:57 | RFT | Name:PEREZ ,ALBERT Race:H Sex:M Repeat:Yes |
| 17:30:28 | -SELECT | |
| 17:31:17 | MISC | Text:BOLOD P22 |
| 17:31:19 | MISC | Text:P22 COPIES |
| 17:31:20 | DISPER | 17P22 Operator:F5443 OperNames:CARTER,STEVEN |
| 17:31:20 | -PRIU | 17P22 |
| 17:31:20 | HOLD | |
| 17:31:48 | PRIOR | Location:16567 ZENDA ST #1, VVC PremType:PPR |
| 17:31:51 | LOGM | 17P22 Message:032108300031000386 MessageType:XML Received:08/29/2021 17:31:49 Text:CHL |
| 17:32:30 | INFO | Text:RP PUT DAU ON THE PHONE, SAID HE CAME TO VISIT AND STARTED TALKING ABOUT HER CAUSING HIM PROBLEMS, PULLED OUT BLK HANDGUN FROM HIS POCKET, DID NOT BRANDISH IT AT RP BUT THINKS PEOPLE ARE AFTER HIM. |
| 17:33:44 | INFO | Text:UNK H/S BUT ACTING PARANOID. MALE CAME TO HER RESD IN SIL KIA RIO. DAU TOLD HIM TO LEAVE THEN WENT INSIDE THE HOME. DOORS AND WINDOWS LOCKED. |
| 17:34:10 | MISC | 17P22 Text:COPIES |
| 17:34:26 | INFO | |
| 17:34:26 | SUBJ | S#:2 Sex:F Age:51 DOB:12/06/1969 Name:CAUDILLO,RENEE Misc:DAU |
| 17:34:28 | RFT | Name:CAUDILLO ,RENEE Sex:F DOB:19691206 Repeat:Yes |
| 17:34:48 | INFO | Text:ONLY RP AND DAU IN THE RESD. UNK IF HE IS STILL OUTSIDE IN THE |

| | | |
|---|---|---|
| | | GARAGE, HAS NO VISUAL |
| 17:35:36 | INFO | Text:RP STS GARAGE IS IN THE BACK ALLEY / |
| 17:35:56 | MISC | 17P22 Text:COPIESA |
| 17:38:14 | *ONSCN | 17P22 |
| 17:41:01 | *ASSIST | 17P26 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H8270 |
| | | OperNames:SALAS, JERAMEY |
| 17:41:03 | MISC | 17P22 Text:SUBJ WITH GUN / C33 |
| 17:41:10 | MISC | 17P22 Text:REFUSING TO PUT DOWN |
| 17:41:26 | MISC | 17P26 Text:CODE MOJAVE VILLAGE |
| 17:41:33 | *ASSIST | 17P24 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H5829 |
| | | OperNames:GUTHAUS,PATRICK |
| 17:41:33 | *ASSIST | 17P23 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:I1592 F5189 |
| | | OperNames:WOLFF,GARRETT; SMITH,ESHTON |
| 17:41:38 | MISC | 17P22 Text:NOT FOLLOWING COMMANDS |
| 17:41:41 | CRIT | 17P22 Terminal:DC11 |
| 17:42:20 | MISC | 17P22 Text:IN THE BACK ALLEY / GARAGE/ HOLDING A BLK HANDGUN |
| 17:42:38 | MISC | 17P23 Text:1 MIN OUT |
| 17:42:46 | ASSIST | 17S9 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:C4061 |
| | | OperNames:LAFEVER,COREY |
| 17:42:47 | RFT | 17P22 InvType:SNS Name:CAUDILLO,RENEE Sex:M DOB:12/06/1969 |
| 17:42:47 | RFT | 17P22 Text:INQUIRY SNS,CAUDILLO,RENEE,,,M,120669,,,,X,X,X,,X,,,,,,,, |
| 17:43:06 | LOGM | 17P22 Message:032108300043000519 MessageType:Text Received:08/29/2021 17:42:55 |
| | | Text:CDL CAUDILLO C30 |
| 17:43:12 | *ONSCN | 17P26 |
| 17:43:17 | MISC | 17P22 Text:STILL NOT FOLLOWING COMMANDS |
| 17:43:20 | MISC | 17P22 Text:START 40K |
| 17:43:52 | ASSIST | 40K4 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:D8558 B4157 |
| | | OperNames:DICKEY,TOMMY; BYERLY,TED |
| 17:43:58 | MISC | 40K4 Text:ENRT FROM VALLEY |
| 17:44:16 | MISC | Text:FIRE BEING STAGED AS PRECAUTION |
| 17:44:16 | MISC | 17P22 Text:HMA DRK BLU SWEATSHIRT/ LIGHT GRY PANTS/ GRY SHOES |
| 17:44:20 | *ONSCN | 17P23 |
| 17:44:27 | RFT | 17P22 Text:INQUIRY GUN,,,,,,,,,,,,,,,,,,,,,CAUDILLO,RENEE,,120669,,,,, |
| 17:44:47 | LOGM | 17P22 Message:032108300044000530 MessageType:Text Received:08/29/2021 17:44:28 |
| | | Text:NEG GUN REG TO CAUDILLO |
| 17:44:55 | MISC | 17P23 Text:GRABBING LESS LETHAL |
| 17:45:18 | MISC | Text:FIRE ADVISED |
| 17:45:33 | LOGM | 17P22 Message:032108300045000534 MessageType:HTML Received:08/29/2021 17:45:26 |
| | | Text:CHL SINCE 2019 |
| 17:45:57 | NOMORE | |
| 17:46:38 | BACKOS | 17S5 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Text:2 OUT |
| 17:46:52 | PRMPT | 17S5 |
| 17:47:04 | BACKOS | 17S5 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Text:2 OUT |
| 17:47:15 | *ASSIST | 17P25 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H9794 |
| | | OperNames:MORALES, ROBERTO |
| 17:47:16 | PRMPT | 17S5 |
| 17:47:19 | MISC | 17S9 Text:2 OUT |
| 17:47:59 | *ONSCN | 17P24 |
| 17:48:33 | CLOS | 17P25 Location:NORTHSIDE OF COMPLEX |
| 17:49:33 | *ASSIST | 17X7 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:G6198 |
| | | OperNames:MATA,JULIAN |
| 17:49:50 | MISC | 17P22 Text:DAU AND RP WILL EXIT OUT FRONT GATE |
| 17:50:02 | MISC | 17P25 Text:WILL MEET |
| 17:50:46 | MISC | 17P22 Text:NOT COMPLYING |
| 17:50:56 | MISC | 17P25 Text:2 EXITING HOME |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

| Time | Type | Unit | Text |
|------|------|------|------|
| 17:51:54 | MISC | 40K4 | Text:12-15 MIN ETA FROM SB |
| 17:53:09 | ASSIST | 17S5 | CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:B6735 OperNames:CLARK,NICHOLAS |
| 17:54:27 | *ONSCN | 17X7 | |
| 17:54:39 | MISC | 17P22 | Text:SUBJ IN GARAGE SITTING IN CHAIR NON VERBAL STILL HOLDING GUN |
| 17:54:46 | MISC | 40K4 | Text:13 MIN OUT |
| 17:55:54 | MISC | 17P25 | Text:RESD/RP LOCKED GARAGE FROM INSIDE RESD SUBJ WILL NOT BE ABLE TO GO OUT DOOR UNLESS HE BREAKS IT/ UNK HS MOST LIKELY HBD |
| 17:56:16 | RFT | 17P22 | Text:INQUIRY CDL,PEREZ,ALBERT,X,,,,,,,VICTORVILLE,,, |
| 17:57:12 | RFT | 17P22 | InvType:SNS Name:PEREZ,ALBERT Sex:M DOB:07/27/1994 |
| 17:57:13 | RFT | 17P22 | Text:INQUIRY SNS,PEREZ,ALBERT,,M,07/27/1994,,,,X,X,X,,X,,,,,,,, |
| 17:57:31 | LOGM | 17P22 | Message:032108300057000677 MessageType:Text Received:08/29/2021 17:57:23 Text:CDL PEREZ |
| 17:57:41 | LOGM | 17P22 | Message:032108300057000679 MessageType:HTML Received:08/29/2021 17:57:10 Text:CNI PEREZ |
| 17:57:56 | RFT | 17P22 | Text:INQUIRY GUN,,,,,,,,,BOTH,,,,,,,,,PEREZ,ALBERT,,07271994,,,,, |
| 17:58:53 | MISC | 17P22 | Text:STILL REFUSING COMMANDS |
| 17:59:07 | LOGM | 17P22 | Message:032108300059000681 MessageType:Text Received:08/29/2021 17:57:58 Text:NEG GUN REG TO PEREZ 072799 |
| 17:59:12 | MISC | 40K4 | Text:8 MIN OUT |
| 17:59:30 | MISC | 17P22 | Text:SUBJ CONTAINED IN GARAGE STILL NON RESPONSIVE TO DEPS |
| 18:01:04 | MISC | 17P23 | Text:CLEAR RESD EAST AND WEST OF INCLOC |
| 18:02:13 | MISC | 17S9 | Text:ANYONE ON FRONT END OF RESD |
| 18:03:33 | MISC | | Text:LARGE WHI COMPLEX W/O BEING EVAUATED |
| 18:03:48 | MISC | 17S9 | Text:CLEAR EAST AND WEST FROM PRIMARY |
| 18:04:12 | RFT | 17P22 | InvType:SNS Name:PEREZ,ALBERTO Sex:M DOB:02/24/1989 |
| 18:04:13 | RFT | 17P22 | Text:INQUIRY SNS,PEREZ,ALBERTO,,M,02/24/1989,,,,X,X,X,,X,,,,,,,, |
| 18:04:28 | LOGM | 17P22 | Message:032108300104000720 MessageType:HTML Received:08/29/2021 18:04:12 Text:CNI PEREZ 022489** |
| 18:05:08 | MISC | 17P25 | Text:16583 ZENDA #D IS BEING EVACUATED |
| 18:05:39 | LOGM | | Message:032108300105000722 MessageType:Text Received:08/29/2021 18:05:27 Text:CDL PEREZ 022489 |
| 18:05:56 | RFT | | Text:INQUIRY GUN,,,,,,,,,BOTH,,,,,,,,,PEREZ,ALBERTO,,02241989,,,,, |
| 18:06:20 | MISC | 17P25 | Text:16583 ZENDA #B BEING EVACUATED |
| 18:06:31 | ONSCN | 40K4 | |
| 18:06:43 | LOGM | 17P22 | Message:032108300106000726 MessageType:Text Received:08/29/2021 18:05:59 Text:NEG GUN REG TO PEREA 022489 |
| 18:06:50 | LOGM | 17P22 | Message:032108300106000727 MessageType:Text Received:08/29/2021 18:05:59 Text:NEG GUN REG TO PEREZ 022489** |
| 18:07:15 | MISC | 17P25 | Text:16583 ZENDA #C EVACUATED |
| 18:07:50 | MISC | 40K4 | Text:ANOTHER UNIT TO NORTHSIDE AND FRONT BLOCK THE RD/ PEOPLES SEEN ON NORTHSIDE OF STREET |
| 18:08:05 | MISC | 40K4 | Text:HESPERIA OR AP TO ASSIST |
| 18:08:30 | ASSIST | 18R21 | CalSgn:40K4 Location:16567 ZENDA ST #1, VVC Operator:H7621 OperNames:GUZMAN,GREGORY |
| 18:08:33 | MISC | 17P25 | Text:16553 ZENDA #1 EVACUATED |
| 18:09:07 | ASSIST | 19X5 | CalSgn:17P25 Location:NORTHSIDE OF COMPLEX Operator:H6883 OperNames:ROGOFF,TANNER |
| 18:09:25 | MISC | 40K4 | Text:NEXT UNIT THAT GOES 97 TO BLOCK COOLEY / ZENDA |
| 18:09:46 | MISC | 40K4 | Text:ALSO AT 16591 ZENDA BLOCK STREET/ NEXT TO SEMI |
| 18:09:50 | CHGLOC | 18R21 | Location:COOLEY / ZENDA Text:TO BLOCK |
| 18:11:30 | MISC | 17S5 | Text:STILL NO MOVEMENT SILLL ATTEMPTING TO COMMUNICATE |
| 18:12:36 | MISC | 17S9 | Text:16850 16582 RAMADA WILL SHELTER IN PLACE |
| 18:12:51 | MISC | 17S9 | Text:16580 16582 RAMADA WILL SHELTER IN PLACE** |

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

| Time | Type | Unit | Text |
|---|---|---|---|
| 18:14:30 | CHGLOC | 19X5 | Location:16591 ZENDA ST, VVC |
| 18:15:24 | MISC | 17S5 | Text:STILL ATTEMPTING COMMUNICATE STILL NO RESPONSE |
| 18:16:42 | ONSCN | 17S5 17S9 | |
| 18:17:10 | *ONSCN | 18R21 | |
| 18:19:00 | MISC | 40K4 | Text:P25 TO PARK UNIT E/O AND BLOCK OTHERSIDE OF INTERSECTION |
| 18:21:32 | MISC | 40K4 | Text:NORTHSIDE AND SOUTHSIDE PERIMETER IS GOOD |
| 18:22:29 | CLOS | 18R21 | Location:CULLEY ST/ZENDA ST, VVC |
| 18:26:46 | MISC | 17S5 | Text:STILL ATTEMPTING TO TALK NO RESPONSE |
| 18:28:59 | ONSCN | 19X5 | |
| 18:31:37 | MISC | 17P25 | Text:RP ADV SIL VEH BETWEEN JEEP AND BLK SUV WILL BE SUS VEH |
| 18:31:52 | MISCA | 40K4 | Plate:6JRC947 Text:PLT |
| 18:31:54 | RFT | 40K4 | Plate:6JRC947 / / / |
| 18:31:54 | RFT | 40K4 | Text:INQUIRY CADQ,,,,,,,,,,,,,6JRC947,,,,,,,,,, |
| 18:32:16 | LOGM | 40K4 | Message:032108300132000883 MessageType:Text Received:08/29/2021 18:31:56 Text:06 KIA |
| 18:32:40 | LOGM | 17P25 | Message:032108300132000885 MessageType:HTML Received:08/29/2021 18:32:38 Text:PLT INV SINCE 2019 |
| 18:33:19 | RFT | 17P25 | InvType:SNS Name:GONZALES,EVA Sex:F DOB:09/04/1979 |
| 18:33:19 | RFT | 17P25 | Text:INQUIRY SNS,GONZALES,EVA,,F,09/04/1979,,,,,X,X,X,,X,,,,,,,, |
| 18:33:29 | LOGM | 17P25 | Message:032108300133000894 MessageType:HTML Received:08/29/2021 18:33:17 Text:RO OF KIA/ CNI GONZALES |
| 18:33:47 | LOGM | 17P25 | Message:032108300133000897 MessageType:Text Received:08/29/2021 18:33:39 Text:RO OF KIA/ CDL GONZALES |
| 18:34:13 | *CLEAR | 17P25 | |
| 18:34:36 | MISC | 40K4 | Text:DEP ON RIGHT SIDE OF GARAGE BE AWARE LONG GUN |
| 18:34:39 | *RFT | 18R21 | Text:INQUIRY CR-HST,,33537117,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,H7621 INV,X,, |
| 18:35:10 | LOGM | 17P24 | Message:032108300135000907 MessageType:HTML Received:08/29/2021 18:34:57 Text:INV GONZALES SINCE 2017 |
| 18:37:47 | *RFT | 18R21 | Text:INQUIRY CR-HST,,25834277,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,H7621 INV,X,, |
| 18:40:48 | MISC | 17S9 | Text:SED ADVD 1 SQUAD IS RESPONDING |
| 18:43:49 | MISC | | Text:WILL KEEP TALKING TO HIM WHILE SED ENRT |
| 18:43:57 | MISC | 40K4 | Text:PERIMETER LOOKS GOOD |
| 18:44:11 | MISC | 40K4 | Text:1 SUBJ SOUTHSIDE OF FIELD RECORDING |
| 18:44:36 | MISC | 40K4 | Text:WILL BREAK FOR FUEL |
| 18:44:37 | PRMPT | 40K4 | |
| 18:45:05 | CRIT | 17P22 | Terminal:DC10 |
| 18:59:27 | MISC | 17S5 | Text:STILL TRYING TO TALK, NO RESPONSE |
| 19:00:25 | *RFT | 17S9 | Text:INQUIRY CR-HST,,33537117,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,LAFEVER,INV, 212410229, 417,,X, |
| 19:03:52 | MISC | 17S9 | Text:DROP THE MARKER |
| 19:04:00 | MISC | | Text:MAINTAINING 33 WITHOUT THE MARKER |
| 19:06:52 | CRIT | 17P22 | Terminal:DC11 |
| 19:07:12 | MISC | 17S5 | Text:STILL ATTEMPTING COMMUNICATION, NO RESPONSE |
| 19:08:22 | RFT | 17S9 | InvType:SNS Name:PEREZ,ALBERT Sex:M DOB:02/24/1989 |
| 19:08:22 | RFT | 17S9 | Text:INQUIRY SNS,PEREZ,ALBERT,,M,02241989,,,,,X,X,X,,X,,,,,,,, |
| 19:08:30 | LOGM | | Message:032108300208001135 MessageType:HTML Received:08/29/2021 19:08:23 Text:PEREZ/31 |
| 19:08:50 | LOGM | | Message:032108300208001137 MessageType:HTML Received:08/29/2021 19:08:45 Text:PEREZ/INVS |
| 19:08:53 | LOGM | | Message:032108300208001138 MessageType:Text Received:08/29/2021 19:08:50 Text:PEREZ/CDL |
| 19:09:37 | RFT | 17S9 | Text:INQUIRY GUN,,,,,,,,,BOTH,,,,,,,,,PEREZ,ALBERTO,,02241989,,,,, |
| 19:09:41 | RFT | 17S9 | Text:INQUIRY GUN,,,,,,,,,BOTH,,,,,,,,,PEREZ,ALBERT,,02241989,,,,, |
| 19:10:08 | RFT | 17S9 | Text:INQUIRY GUN,,,,,,,,,BOTH,,,,,,,,,PEREZ,ALBERT,R,02241989,,,,, |
| 19:10:44 | MISC | | Text:NEG GUNS REG TO PEREZ WITH NAME/DOB GIVEN |

| Time | Type | Content |
|---|---|---|
| 19:16:33 | MISC | 17S9 Text:THERE IS NO FAMILY BUT THE FRIEND IS UP ON THE WEST SIDE ON THE GRASS IN A BLK DRESS |
| 19:17:51 | RFT | Text:INQUIRY QL,6JRC947,,,,,,,,,, |
| 19:18:09 | LOGM | Message:032108300218001183 MessageType:Text Received:08/29/2021 19:17:52 Text:06 KIA/PEREZ VEH |
| 19:18:54 | ASSIST | 61Z15 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:F7805 OperNames:OLIVAS,CHRISTINA |
| 19:18:54 | ASSIST | 61S1 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:B5575 OperNames:GAYTAN,LUCAS |
| 19:18:54 | ASSIST | 61Z11 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:F7810 OperNames:POLLICK,ANDREW |
| 19:18:54 | ASSIST | 61Z13 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:F5144 OperNames:MOORE,DAVID |
| 19:18:54 | ASSIST | 61Z14 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:F5197 OperNames:MCCARTHY,CORY |
| 19:18:54 | ASSIST | 61Z45 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:G6200 OperNames:NERENBERG,RYAN |
| 19:19:26 | MISC | 61Z14 Text:MEDS TO STAGE |
| 19:19:41 | MISC | 17S5 Text:MEDS ARE HERE |
| 19:19:58 | MISC | Text:UNK UNIT, MEDS ARE AT ZENDA/CULLEY |
| 19:20:06 | OK | 19X5 |
| 19:21:01 | SCDOFF | 61Z45 |
| 19:21:05 | PRMPT | 61Z45 |
| 19:21:40 | ASSIST | 61Z45 CalSgn:61Z15 Location:16567 ZENDA ST #1, VVC Operator:E5340 OperNames:STONE,JOSHUA |
| 19:21:40 | ASSIST | 61Z30 CalSgn:61Z15 Location:16567 ZENDA ST #1, VVC Operator:E6895 OperNames:GARY,GREG |
| 19:22:32 | MISC | 61Z14 Text:HAVE MEDS RELOCATE TO THE WEST SIDE OF THE CITY LIBRARY ON THE WEST SIDE OF THE PARKING LOT |
| 19:23:03 | MISC | Text:MEDS UPDATED |
| 19:24:59 | *RFT | 17S9 Text:INQUIRY CR-HST,,25834277,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,LAFEVER, INV,212410229,417,,,X |
| 19:35:46 | ASSIST | 61Z84 CalSgn:61Z13 Location:16567 ZENDA ST #1, VVC Operator:F3081 OperNames:ALCALA,ANTHONY |
| 19:43:07 | ASSIST | 17D6 CalSgn:17S9 Location:19 Operator:C8957 OperNames:PLACENCIA,MIGUEL Text:FOR SW |
| 19:43:37 | *MISC | 61Z84 Text:NEED 21 FOR PEREZ IF POSS |
| 19:51:59 | INFO | Location:16567 ZENDA ST, VVC Type:INFO Inf/Name:ROLDAN,RUBEN InfAdd:15689 BEAR VALLEY Phone:760/963-7371 Source:W911 Group:VC TypeDesc:INFORMATION CALL LocDesc:btwn CULLEY ST and S MOJAVE DR Priority:4 RPCont:P Text:RP ADV HE WAS AT A RES NEXT DOOR WHEN THE INC OCCURRED AND HE LEFT HIS VEH IFO THE LOC/ STS THAT HIS WALLET AND PROPERTY IS IN THE VEH/ WANTED TO ADV THE DEPUTIES IN CASE THEY COME ACROSS THE VEH OR THERE IS AN ISSUE/ NFI |
| 19:51:59 | ALI | E911Phne:760/963-7371 E911Pilot:909/511-3614 E911Add:15545 BEAR VALLEY RD, HES E911Subs:VERIZON WIRELESS 1-800-451-5242 E911Srce:WPH2 Tower:VZW AliLong:-117.321270 AliLatitude:34.46995300 Confidence:90 |
| 19:51:59 | ALIGEO | GeoLong:-117.321270 GeoLat:34.46995300 ClosestAdd:12062 ELEVENTH AVE ClosestInt:ELEVENTH AVE / BEAR VALLEY RD InterDesc:232 ft S Area1:HE103 |
| 19:51:59 | VEH | V#:1 VehCol:BLK Make:HOND Misc:XTERRA / NM PLATE InvType:INVV |
| 19:57:33 | MISC | 17S5 Text:SUBJ IS HOLDING THE GUN WITH BOTH HANDS, WILL BE DEPLOYING THE BEANBAG |
| 20:07:59 | *ONSCN | 61Z84 |
| 20:08:24 | *ONSCN | 61Z15 |
| 20:10:01 | *ASSIST | 17P25 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H9794 OperNames:MORALES, ROBERTO |
| 20:12:17 | MISC | 61Z14 Text:CTC AIR RESCUE AND SEE IF THEY CAN STAGE AT VICTOR VALLEY |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | HOSPITAL |
|---|---|---|
| 20:14:22 | MISC | Text:PER COMM CENTER, AIR RESCUE 6 IS EOW AT 1800 HOURS |
| 20:14:37 | MISC | Text:PER 40K4, AIR RESCUE WAS NOTIFIED AND WILL BE LAUNCHING. |
| 20:16:03 | *ONSCN | 17P25 |
| 20:16:13 | MISC | 17S5 Text:STILL TRYING TO TALK, NO RESPONSZE |
| 20:16:16 | MISC | 17S5 Text:STILL TRYING TO TALK, NO RESPONSE** |
| 20:25:50 | MISC | Text:PER 40K, AR6 WILL BE RESPONDING JUST GOT CALLED OUT / UNK ETA |
| 20:26:01 | MISC | 17S5 Text:CHK WITH CHP FOR BITE DOG |
| 20:27:22 | MISC | Text:INLAND CHP ADVISED OF REQ FOR K9, WILL CHK AND CB. |
| 20:30:10 | *MISC | 61Z11 Text:323-593-1685 WINONIA FEMALE IN #2 95 YO FEMALE JOICE JEFFERSON IS ALSO INSIDE |
| 20:31:03 | MISC | Text:CHP DOESN'T HAVE A K9 AVAIL |
| 20:32:18 | MISC | Text:ONTARIO PD CHKS NEG FOR BITE DOG |
| 20:33:52 | MISC | 17S9 Text:CHK WITH BPD/RIALTO PD FOR BITE DOG |
| 20:34:08 | MISC | Text:BAPD NEG ANY K9'S |
| 20:37:21 | MISC | 61Z84 Text:INITIAL NEGOTIATIONS ATTEMPTED, STILL NOT CORRESPONDING. |
| 20:38:38 | MISC | Text:RIALTO PD HAS A BITE DOG ENRT, K92, DRIVE TIME FROM THEIR CITY. |
| 20:38:42 | INFO | Location:16580 RAMADA DR, VVC Inf/Name:MARIA Group:VC LocDesc:btwn CULLEY ST and ALLEY ALY RPCont:Y Text:ASKING IF SITUATION HAS BEEN RESOLVED // ADV'D TO CONTINUE TO SHELTER IN PLACE |
| 20:39:17 | ASSIST | K92 |
| 20:41:36 | MISC | 17S9 Text:K92 TO 87 AT ZENDA/CULLEY IN THE ALLEY WAY |
| 20:51:20 | MISC | 61S1 Text:WILL BE HEADING TO THE FRONT OF THE LOC TO ATTEMPT TO EVACUATE APT #2 FROM ZENDA SIDE |
| 20:55:06 | *ASSIST | 17P21 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H5128 OperNames:ALVAREZ,SUNI |
| 20:55:48 | MISC | 61Z84 Text:NEGOTIATIONS ARE STILL INEFFECTIVE |
| 20:56:04 | MISC | 61Z84 Text:PEREZ STILL HAS THE FIREARM IN HIS RIGHT HAND |
| 20:56:38 | MISC | 61Z14 Text:2 SE PERSONNEL TRYING TO MAKE CTC AT THE APTS TO THE WEST |
| 20:57:48 | ONSCN | 17D6 |
| 20:58:39 | MISC | Text:RIALTO K9 ENR FROM 15/GLEN HELEN PKWY |
| 20:59:39 | MISC | 61Z14 Text:UNIT #2 WILL SHELTER IN PLACE |
| 21:07:14 | MISC | 17S5 Text:STILL TRYING ON NEGOTIATIONS. SUBJ IS STARTING TO GET TIRED. |
| 21:13:02 | *CHANGE | 17P22 Type:415S-->417 CAS:0141 TypeDesc:SUBJECT DISTURB-->BRANDISHING WPN |
| 21:13:02 | *CASE | 17P22 Case#:VCR2108196 |
| 21:13:16 | *RI | 17P22 |
| 21:16:27 | *ASSIST | 17P11 CalSgn:17P26 Location:16567 ZENDA ST #1, VVC Operator:H8234 OperNames:ESQUIVEL,TRAVIS |
| 21:16:33 | *ONSCN | 17P21 |
| 21:17:22 | *CLEAR | 18R21 |
| 21:23:54 | MISC | Text:UNK UNIT, BEARCAT IS MOVING |
| 21:23:57 | *ONSCN | 17P11 |
| 21:27:10 | MISC | 61S1 Text:UNITS TO STAY WIDE AND BEHIND COVER |
| 21:35:47 | CONTCT | 17P22 K92 17D6 17P11 17P21 17P23 17P24 17P25 17P26 17S5 Contact:00 |
| 21:35:47 | CONTCT | 17S9 17X7 19X5 61S1 61Z11 61Z13 61Z14 61Z15 61Z30 61Z45 Contact:00 |
| 21:35:47 | CONTCT | 61Z84 Contact:00 |
| 21:36:36 | MISC | Text:UNK UNIT HAS VISUAL OF BOTH HANDS ON EACH LEG, I CANNOT SEE THE GUN. |
| 21:38:29 | MISC | 61S1 Text:UNIT TO GIVE THE SUBJ COMMANDS TO STAND UP AND SHOW HIS HANDS |
| 21:38:38 | MISC | 61S1 Text:IF HE GOES TO THE GUN WE WILL DEPLOY LESS LETHAL |
| 21:40:19 | MISC | 61S1 Text:IF THE SUBJ MAKES ANY FURTHER MOVEMENTS WE ARE USING LESS LETHAL |
| 21:43:52 | MISC | 61S1 Text:SHOTS FIRED, SUSP IS DOWN |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   COSB 000039

| Time | Type | Text |
|---|---|---|
| 21:44:11 | MISC | Text:UNK UNIT, HAVE OBS ON THE SUBJ AND HIS HANDS ARE UNDER THE TABLE |
| 21:44:33 | MISC | 61S1 Text:SENDING THE ROBOT IN TO SEE IF WE CAN GET EYES ON HIS HANDS |
| 21:46:45 | MISC | 61S1 Text:ROBOT IS DEPLOYED, HANDS OF THE SUSPECT ARE UNDER HIS BODY |
| 21:47:00 | MISC | 61S1 Text:PREPARING FOR APPROACH, ONCE CLEARED WILL TRANSITION TO MEDICAL |
| 21:47:09 | BACKOS | 17P13 CalSgn:17P11 Location:16567 ZENDA ST #1, VVC |
| 21:48:15 | MISC | 61Z14 Text:MOVING IN ON THE SUSP NOW |
| 21:48:56 | MISC | 61S1 Text:SUSP IS SECURED, CHECKING HIM FOR WEAPONS AND PROVIDING MEDICAL-AID |
| 21:49:41 | MISC | 61S1 Text:MEDICAL IS CLEAR IN |
| 21:50:06 | MISC | Text:MEDS ADVISED |
| 21:50:27 | COMBIN | Service:P Inc#:#VC212410307 Type:SHOTSH Jur:VC |
| 21:54:21 | MISC | 17P25 Text:PER 17D6 SW HAS BEEN SENT OFF |
| 21:57:37 | MISC | Text:PER COMM CENTER, AIR RESCUE 306 TO GO TO CHANNEL EMS2 |
| 21:58:52 | MISC | Text:AIR RESCUE ADVISED |
| 22:02:19 | MISC | 17S5 Text:SEND A+ |
| 22:03:39 | MISC | 17P21 Text:FAMILY MEMBERS LOCATED BY THE AMBULANCE AND ARE HYSTERICAL |
| 22:03:50 | MISC | 61S1 Text:UNITS TO PUSH THE FAMILY MEMBERS BACK AND KEEP THE LIGHT OFF HIM |
| 22:03:57 | MISC | Text:UNK UNIT, MORALES WILL BE RIDING WITH |
| 22:05:32 | CHGLOC | 17P25 Location:VICTOR VALLEY HOSPITAL, VVC Text:FOLLOWING AMR |
| 22:05:34 | MISC | Text:PER COMM CTR, AR306 22'D, AR43 WILL BE ENRT TO HOSP |
| 22:06:21 | OK | 17P22 17P13 K92 17D6 17P11 17P21 17P23 17P24 17P25 17P26 Contact:00 |
| 22:06:21 | OK | 17S5 17S9 17X7 19X5 61S1 61Z11 61Z13 61Z14 61Z15 61Z30 Contact:00 |
| 22:06:21 | OK | 61Z45 61Z84 Contact:00 |
| 22:06:28 | MISC | 17P22 Text:LIFT 33 |
| 22:06:33 | MISC | Text:33 LIFTED |
| 22:06:42 | MISC | Text:C33 LIFTED ON DCTAC2 |
| 22:06:48 | *CLEAR | 17P13 |
| 22:08:53 | MISC | 17P25 Text:97 WITH AMR |
| 22:09:49 | MISC | 17S5 Text:APPEARS THE FAMILY HEADED TO THE HOSPITAL AS WELL. |
| 22:11:58 | MISC | 17D6 Text:SW SIGNED |
| 22:12:41 | BACKOS | 17P13 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:H9010 OperNames:RAPISARDI, DOMINIC |
| 22:16:27 | MISC | 17S9 Text:RESD AT 16567 #2 CHK IS C4. |
| 22:16:41 | MISC | 17S9 Text:THEY WERE THE RESD WHO ORIGINALLY SHELTERED IN PLACE. |
| 22:18:20 | MISC | 17P25 Text:CPR IN PROGRESS |
| 22:18:34 | *MISC | 17P25 Text:CIVILIAN WHO FOLLOWED AND SHOWED UP VVGMC WITH AMR - SUMMER ARISPE // 04/24/1995 // (909) 789-2407 |
| 22:18:51 | MISC | Text:RESD AT 16553 ZENDA #1 ASKING IF THEY CAN RETURN |
| 22:18:56 | RFT | InvType:SNS Name:ARISPE,SUMMER Sex:F DOB:04/24/1995 |
| 22:18:56 | RFT | Text:INQUIRY SNS,ARISPE,SUMMER,,F,04241995,,,,X,X,X,,X,,,,,,,, |
| 22:19:31 | MISC | 17S9 Text:GET INFO FOR SUBJS AT 16553 ZENDA AND I WILL MAKE 21 CTC |
| 22:19:39 | LOGM | Message:032108300519002436 MessageType:Text Received:08/29/2021 22:19:11 Text:ARISPE/CDL |
| 22:20:42 | INFO | Location:16567 ZENDA ST #1, VVC Inf/Name:CHAVEZ,OSCAR Phone:760/684-1331 Group:VC LocDesc:btwn CULLEY ST and S MOJAVE DR RPCont:P Text:RESD AT 16553 ZENDA #1 REQ 21 REF RETURNING HOME |
| 22:22:49 | ASSIST | 61C CalSgn:61S1 Location:16567 ZENDA ST #1, VVC Operator:F0357 OperNames:FERBER,KEVIN |
| 22:23:10 | MISC | 17P25 Text:HANDCUFFS WERE JUST REMOVED |
| 22:23:18 | MISC | 17P25 Text:CPR STILL IN PROGRESS |
| 22:24:44 | MISC | 17P25 Text:AIR SHIP 97 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
COSB 000040

| 22:28:52 | MISC | 17P25 Text:TOD 2228 HOURS |
|---|---|---|
| 22:30:01 | -XREF | Service:P Inc#:#CO$DC0602058 Type:COR1 Jur:COR Text:CTC DEP ON 21 |
| 22:31:08 | XREF | Service:P Inc#:#CO212410048 Type:COR1 Jur:VC |
| 22:39:41 | CHGLOC | 17P23 17X7 Location:19 |
| 22:51:56 | CLOS | 61C Location:19 |
| 22:52:27 | PRMISE | Location:16567 ZENDA ST #1, VVC |
| 22:52:53 | ONSCN | 17P23 17X7 |
| 22:55:39 | ASSIST | 60S1 CalSgn:61C Location:19 Operator:D2685 OperNames:WARRICK,MICHAEL |
| 22:55:39 | ASSIST | 60H13 CalSgn:61C Location:19 Operator:F3085 OperNames:SPRAGUE,BRYAN |
| 22:55:39 | ASSIST | 60H14 CalSgn:61C Location:19 Operator:D4311 OperNames:GARDEA,MICHAEL |
| 22:55:39 | ASSIST | 60H15 CalSgn:61C Location:19 Operator:G3825 OperNames:GOSSWILLER,IAN |
| 22:55:39 | ASSIST | 60H16 CalSgn:61C Location:19 Operator:A2689 OperNames:DELRIO,MICHELLE |
| 23:01:27 | CONTCT | 17P22 K92 17D6 17P11 17P13 17P21 17P23 17P24 17P25 17P26 Contact:00 |
| 23:01:27 | CONTCT | 17S5 17S9 17X7 19X5 60H13 60H14 60H15 60H16 60S1 61C Contact:00 |
| 23:01:27 | CONTCT | 61S1 61Z11 61Z13 61Z14 61Z15 61Z30 61Z45 61Z84 Contact:00 |
| 23:15:19 | CHGLOC | 17P22 17P24 17P26 Location:19 |
| 23:18:11 | ASSIST | 42A44 CalSgn:17P25 Location:VICTOR VALLEY HOSPITAL, VVC Operator:D6636 OperNames:MATHIS,SHIRA |
| 23:21:11 | ONSCN | 60H13 |
| 23:25:06 | ONSCN | 17P22 |
| 23:25:16 | ONSCN | 17P24 17P26 |
| 23:27:44 | ONSCN | 60H14 |
| 23:31:20 | CONTCT | 17P22 17P24 17P26 Contact:00 |
| 23:33:12 | ASSIST | 42A5 CalSgn:17P13 Location:16567 ZENDA ST #1, VVC Operator:F5307 OperNames:RUSS,MICHAEL |
| 23:42:31 | ONSCN | 42A44 |
| 23:49:26 | *RI | 17P13 |
| 23:57:43 | SCDOFF | K92 |
| 23:57:45 | PRMPT | K92 |
| [08/30/2021] | | |
| 00:05:55 | *CLEAR | 19X5 |
| 00:06:30 | CHANGE | 60H13 Type:417-->LFE Priority:1-->4 CAS:0005 TypeDesc:BRANDISHING WPN-->Lethal Force Encounter |
| 00:06:30 | -TEMPNO | Number:SPR$DC06059 ID:SPR |
| 00:06:30 | CASE | 60H13 Case#:SPR2100165 |
| 00:06:33 | -PERMNO | Number:SPR$DC06059-->SPR2100165 |
| 00:11:15 | *CHGLOC | 17P21 Location:19 |
| 00:17:11 | ONSCN | 42A5 |
| 00:20:57 | *CLOS | 17P21 |
| 00:25:27 | MISC | 17S9 Text:PUBLIC WORKS FOR HARD CLOSURES |
| 00:27:11 | MISC | Text:PUBLIC WORKS ADVISED TO CLOSE CULLEY/ZENDA, CULLEY/ALLEY, S MOJAVE/ALLEY, S MOJAVE/ZENDA. |
| 00:49:41 | *ASSIST | 17P15 CalSgn:17P25 Location:VICTOR VALLEY HOSPITAL, VVC Operator:G9963 OperNames:LAROCCO,SOFIA |
| 00:49:45 | *ONSCN | 17P15 |
| 00:49:56 | *CLOS | 17P15 Location:VV HOSP |
| 00:50:05 | CHGLOC | 17P25 Location:19 |
| 00:55:22 | OK | 17P22 17D6 17P11 17P13 17P15 17P21 17P23 17P24 17P25 17P26 Contact:00 |
| 00:55:22 | OK | 17S5 17S9 17X7 42A5 42A44 60H13 60H14 60H15 60H16 60S1 Contact:00 |
| 00:55:22 | OK | 61C 61S1 61Z11 61Z13 61Z14 61Z15 61Z30 61Z45 61Z84 Contact:00 |
| 00:57:31 | MISC | 17P25 Text:97 |
| 00:57:57 | *CLEAR | 17P25 |
| 01:08:37 | MISC | 17P13 Text:CITY IS 97 |
| 01:42:52 | PRMPT | 17P21 |
| 01:42:57 | PRMPT | 17P23 |

 CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER CO$B 000041

| | | | |
|---|---|---|---|
| 01:43:47 | CLOS | 17S5 17S9 | Location:19 |
| 02:32:48 | CONTCT | 17S5 17S9 | Contact:00 |
| 02:42:27 | PRMPT | 61C | |
| 03:04:29 | *CLEAR | 17S9 | |
| 03:14:22 | *RI | 17P13 | |
| 03:32:00 | SCDOFF | 17P22 | |
| 03:32:00 | SCDOFF | 17P24 | |
| 03:32:00 | SCDOFF | 17P26 | |
| 03:32:00 | SCDOFF | 17S5 | |
| 03:32:04 | PRMPT | 17P22 17P24 17P26 17S5 | |
| 03:32:04 | -PRIU | 17X7 | |
| 03:55:49 | PRMPT | 17D6 | |
| 04:01:47 | *CLEAR | 17P11 | |
| 04:13:49 | PRMPT | 61Z11 | |
| 04:25:56 | CLOS | 60H13 | |
| 04:27:26 | SCDOFF | 61S1 | |
| 04:27:26 | SCDOFF | 61Z13 | |
| 04:27:26 | SCDOFF | 61Z14 | |
| 04:27:26 | SCDOFF | 61Z15 | |
| 04:27:26 | SCDOFF | 61Z30 | |
| 04:27:30 | PRMPT | 61S1 61Z13 61Z14 61Z15 | |
| 04:27:33 | PRMPT | 61Z30 | |
| 04:29:07 | SCDOFF | 60S1 | |
| 04:29:07 | SCDOFF | 61Z45 | |
| 04:29:07 | SCDOFF | 61Z84 | |
| 04:29:12 | PRMPT | 60S1 61Z45 61Z84 | |
| 04:29:15 | SCDOFF | 17X7 | |
| 04:29:19 | PRMPT | 17X7 | |
| 04:29:19 | -PRIU | 17P13 | |
| 04:30:53 | *RI | 17P13 | |
| 04:51:08 | OK | 17P13 17P15 42A5 42A44 60H13 60H14 60H15 60H16 | Contact:00 |
| 05:47:43 | *CLEAR | 17P15 | |
| 06:22:08 | *ASSIST | 17P16 CalSgn:17P13 Location:16567 ZENDA ST #1, VVC Operator:H5892 OperNames:ALMARAZ,KENNETH | |
| 06:53:51 | *OK | 17P16 | |
| 07:28:56 | PRMPT | 17P13 | |
| 07:28:56 | -PRIU | 60H13 | |
| 07:31:15 | *CHGLOC | 17P16 Location:19 | |
| 07:31:31 | *ASSIST | 17P22 CalSgn:17P16 Location:19 Operator:H5128 OperNames:ALVAREZ,SUNI | |
| 07:45:50 | PRMPT | 17P22 Text:Preempted and dispatched to call #VC212420070 | |
| 07:47:45 | *ASSIST | 17P22 CalSgn:17P16 Location:19 Operator:H5128 OperNames:ALVAREZ,SUNI | |
| 07:47:56 | *ONSCN | 17P22 | |
| 07:51:10 | *CHGLOC | 17P16 Location:16567 ZENDA ST, VVC | |
| 07:57:59 | *CLEAR | 17P16 | |
| 08:04:05 | OK | 17P22 | |
| 08:12:09 | *CLOS | 17P22 Location:16567 ZENDA STREET | |
| 08:31:24 | OK | 17P22 Contact:000 | |
| 09:09:59 | DISPOS | 17D1 Operator:F8534 OperNames:BRANDT,CLAYTON | |
| 09:10:29 | BACKOS | 17D8 CalSgn:17D1 Location:16567 ZENDA ST #1, VVC Operator:D4321 OperNames:BECHTOL,THOMAS | |
| 09:10:36 | OK | 17D1 17D8 Contact:000 Text:0 | |
| 09:19:13 | ASSIST | 17D2 CalSgn:17D1 Location:16567 ZENDA ST #1, VVC Operator:G3225 OperNames:CULLUM,STUART | |
| 09:19:19 | OK | 17D2 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   COSB 000042

| | | | |
|---|---|---|---|
| 09:42:52 | *CLEAR | 17P22 | |
| 09:43:36 | BACKOS | 17P22 CalSgn:17D1 Location:16567 ZENDA ST #1, VVC Operator:H5128 | |
| | | OperNames:ALVAREZ,SUNI | |
| 09:43:41 | OK | 17P22 | |
| 10:45:28 | CONTCT | 17D2 17P22 | |
| 10:59:54 | BACKOS | 61Z84 Operator:F3081 OperNames:ALCALA,ANTHONY | |
| 11:00:19 | *CHGLOC | 61Z84 Location:CENTRAL STATION | |
| 11:12:29 | PRMPT | 17D1 17D8 Text:Preempted and dispatched to call #VC212420150 | |
| 11:26:00 | CONTCT | 60H13 17D2 17P22 42A5 42A44 60H14 60H15 60H16 61Z84 Contact:0 | |
| 11:27:53 | PRMPT | 17D2 | |
| 11:28:44 | PRMPT | 61Z84 | |
| 12:11:21 | *ASSIST | 17X2 CalSgn:17P22 Location:16567 ZENDA ST #1, VVC Operator:F8945 | |
| | | OperNames:BENNINGTON,CURTIS | |
| 12:21:10 | *ONSCN | 17X2 | |
| 12:31:17 | CONTCT | 60H13 17P22 17X2 42A5 42A44 60H14 60H15 60H16 Contact:0 | |
| 12:37:05 | *OK | 17X2 | |
| 13:06:35 | *PRMPT | 17X2 Text:Preempted and dispatched to call #VC212420189 | |
| 16:17:49 | PRMPT | 42A44 | |
| 17:02:17 | OK | 17P22 Contact:00 | |
| 18:56:07 | *CLEAR | 17P22 | |
| 18:58:06 | SCDOFF | 60H14 | |
| 18:58:06 | SCDOFF | 60H15 | |
| 18:58:06 | SCDOFF | 60H16 | |
| 18:58:13 | PRMPT | 60H14 60H15 60H16 | |
| 18:58:23 | CONTCT | 60H13 42A5 Contact:00 | |
| 18:58:31 | MISC | 60H13 Text:STILL AT THE SCENE | |
| 19:27:41 | CLEAR | 60H13 Dispo:RTF | |
| 19:27:47 | PRMPT | 42A5 | |
| 19:27:47 | -CLOSE | | |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|---|---|---|---|---|---|---|
| FREGOSO,HELEN | 626/485-4425 | | Y | | | |
| ROLDAN,RUBEN | 760/963-7371 | 15689 BEAR VALLEY | P | | | |
| MARIA | | | Y | | | |
| CHAVEZ,OSCAR | 760/684-1331 | | P | | | |

# Exhibit "L"



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

COSB 002278



CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

# Exhibit "M"



# DEPARTMENT
# MANUAL

## SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 002568



# Sheriff's Department Manual

# Table of Contents

| Volume 1 | Philosophy and Organization | 1 |
| Volume 2 | Administration and Management | 173 |
| Volume 3 | Field Operations and Activities | 408 |
| Volume 4 | Property and Evidence | 765 |
| Volume 5 | Uniforms | 802 |
| Volume 6 | Volunteer Units and Members | 936 |

Note: Please see the Comprehensive Table of Contents for a detailed listing of all Department Manual sections.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER          COSB 002569

Sheriff's Department Manual

Safety members shall use de-escalation techniques, crisis intervention tactics and other alternatives to force, as per their training, when feasible. Alternatives to force are not required by a member when the member reasonably believes that immediate action must be taken to prevent injury to themselves, another member or the public.

It is necessary for members to utilize crisis intervention tactics when applicable to a situation. If a member, based on their training and experience, determines a subject might be experiencing a crisis, the member shall consider crisis intervention tactics as an available means of de-escalation.

De-escalation techniques may include:

- Creating distance and a buffer zone between the officer and the subject;
- Establishing an effective line of communication with the subject, considering factors such as mental illness, possible intoxication, and potential medical or physical conditions; and
- Considering other available resources, including specialized units, psychiatric emergency response team clinicians, and negotiators.

New: 8-24-20

## 3.606.20 Use of Carotid Neck Restraint and Lateral Vascular Neck Restraint (LVNR)

Pursuant to Government Code 7286.5, the San Bernardino County Sheriff's Department policy does not authorize the use of a Carotid Neck Restraint or the Lateral Vascular Neck Restraint (LVNR) as an approved use of force option.

New: 1-4-21

## 3.608.  The Use of Lethal Force

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

Sheriff's Department Manual

The use of lethal force is justified in the following circumstances:

○ A safety member may use lethal force to protect himself or others from what he reasonably believes to be an immediate threat of death or serious bodily injury.

○ A safety member may use lethal force to accomplish the arrest or prevent the escape of a suspected felon, when the member has probable cause to believe that the suspect poses a significant threat of death or serious bodily injury to the deputy or others.

Safety members shall not use lethal force to protect themselves from assaults that are perceived by the member to not likely have serious results.

A safety member shall not fire at a person who is called upon to halt on mere suspicion and who simply runs away to avoid arrest. Nor should a deputy fire at a "fleeing felon" if the member has any doubt whether the person to be fired at is in fact the person against whom the use of lethal force is permitted under this policy.

The use of lethal force cannot be justified solely by stating that it was initiated due to an order or authorization given by another department member. Safety members must be able to articulate a justified and appropriate use of lethal force, based on information available to them at the time it is used. There may be times when an authorization to use lethal force has been communicated, and yet circumstances have changed to the point that lethal force is no longer reasonable. Using an occupied vehicle to barricade a roadway, or ramming a vehicle is generally not recommended, but there may be certain limited situations where these techniques are necessary and appropriate.

Firearms should not be discharged from or at a moving vehicle except in exigent circumstances.  In these situations, a safety

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER

member must have articulable reason(s) for this use of lethal force, which include, but are not limited to the following:

- A person in the vehicle is threatening the safety member or another person with lethal force by means other than the vehicle; or

- The vehicle is operated in a manner which is likely to result in great bodily injury or death to a safety member or another person, and other reasonable means of defense have been exhausted, or are not available or practical.   This may include, if time and circumstances allow, moving out of the path of the vehicle.

### 3.610.  Reporting the Use of Force

A supervisor's use of force investigation shall be completed if circumstances involved in an incident fall under the guidelines set forth in this policy section. In such instances the investigating supervisor shall complete the BlueTeam Use of Force Report.

The term "use of force" is defined as any physical effort used to control, restrain, or overcome resistance by another.

The following requirements apply to any use of force incidents involving the application of open hand strikes, fists, feet, canines, impact weapons, Taser, or chemical agents or as directed by a supervisor:

1.   All members involved make an oral report to their supervisor as soon as practicable after the incident.
2.   At the direction of the incident supervisor, the initiating member shall complete a related crime report containing a detailed description of the facts involved including, but not limited to:
     1.   The threat perceived by the member.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On March 1, 2024, I served true copies of the following document(s) described as **DECLARATION OF SERGEANT ANTHONY SCALISE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq.
Shannon Leap, Esq.
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118
Email:  dalekgalipo@yahoo.com;
sleap@galipolaw.com;
slaurel@galipolaw.com

*ATTORNEYS FOR PLAINTIFFS, A.J.P.,*
*AND A.M.P.. ET AL.*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2024, at Los Angeles, California.

*Maria T. Castro*
_____

**DECLARATION OF SERGEANT SCALISE ISO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**