1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. 5:22-CV-01291 SSS (SHKx)<br><br>*[Honorable Sunshine Suzanne Sykes, Magistrate Judge, Shashi H. Kewalramani]*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with:*<br>1. Notice of Motion and Motion;<br>2. Statement of Uncontroverted Facts;<br>3. Declaration of Kayleigh Andersen;<br>4. Declaration of Sergeant Gaytan;<br>5. Declaration of Corporal McCarthy;<br>6. Declaration of Corporal Olivas;<br>7. Declaration of Corporal Pollick;<br>8. Declaration of Deputy Moore;<br>9. Declaration of Deputy Stone; and<br>10. Declaration of Sergeant Scalise<br><br>Date: April 19, 2024<br>Time: 2:00 p.m.<br>Crtrm.: Courtroom 2, 2nd Floor<br><br>*Action Filed:*      07/22/2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF SAN BERNARDINO ("County"), CORY MCCARTHY ("Corporal McCarthy"), ANDREW POLLICK ("Corporal Pollick"), DAVID MOORE ("Deputy Moore"), and CRISTINA OLIVAS ("Corporal Olivas") ("Defendnat Deputies") (collectively "Defendants") motion for summary judgment or, in the alternative, summary adjudication of issues came before the Court on regular notice at the above-stated date and time.  After consideration of the papers on file, and after arguments of counsel, the Court concludes as follows:

1.    The Court hereby **GRANTS** Defendants' Motion for Summary Judgment, in its entirety.

2.    The Court hereby finds that Defendants have met their burden under Federal Rule of Civil Procedure 56 of establishing that there are no genuine issues of material fact pertaining to plaintiff's operative claims.

3.    The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' first cause of action for Excessive Force under 42 U.S.C. § 1983 because there is no triable issue of fact;

4.    The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' second cause of action for Denial of Medical Care under 42 U.S.C. § 1983 because there is no triable issue of fact;

5.    The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' third cause of action for due process – interference with familial relations under 42 U.S.C. § 1983 because there is no triable issue of fact;

6.    The Court hereby finds and rules that Defendant Deputies are Entitled to Qualified Immunity For Each of Plaintiffs' Federal Claims;

7.    The Court hereby finds and rules that Defendant County of San Bernardino is entitled to judgment on plaintiffs' fourth cause of action for *Monell* Liability – inadequate training under 42 U.S.C. § 1983 because there is no triable issue of fact;

8. The Court hereby finds and rules that Defendant County of San Bernardino is entitled to judgment on plaintiffs' fifth cause of action for *Monell* Liability – unconstitutional custom, practice, and policy under 42 U.S.C. § 1983 because there is no triable issue of fact;

9. The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' sixth cause of action for Battery because there is no triable issue of fact;

10. The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' seventh cause of action for Negligence because there is no triable issue of fact;

11. The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' eighth cause of action for Violation of the Bane Act because there is no triable issue of fact;

12. The Court hereby finds and rules that Defendant County of San Bernardino is entitled to judgment for each of plaintiffs' State Law Claims, as the Defendant County of San Bernardino's liability hinges on the liability of Defendant Deputies;

13. The Court hereby finds and rules that Defendant Deputies are entitled to judgment on plaintiffs' claim for punitive damages because there is no evidence that he acted with malice, oppression, or reckless disregard for Perez' rights during the incident.

14. In light of the foregoing, the Court hereby finds and rules that Defendants are entitled to summary judgment as to plaintiffs' Second Amended Complaint in its entirety.

15. Accordingly, the Court hereby Orders, Adjudges, and Decrees that **Judgment is entered in favor of Defendants on all of plaintiffs' claims in this action**, and that plaintiffs shall recover nothing from Defendants.

IT IS SO ORDERED.

Dated: _____

Hon. SUNSHINE S. SYKES
Judge, United States District Court

Submitted By:

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF SAN BERNARDINO; CORY MCCARTHY, ANDREW POLLICK; DAVID MOORE, and CRISTINA OLIVAS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On March 1, 2024, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq.
Shannon Leap, Esq.
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118
Email:  dalekgalipo@yahoo.com;
sleap@galipolaw.com;
slaurel@galipolaw.com

*ATTORNEYS FOR PLAINTIFFS, A.J.P., AND A.M.P.. ET AL.*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2024, at Los Angeles, California.

*Maria T. Castro*
Maria T. Castro

---

1
**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**