LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs A.J.P., et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors, by and through their guardian *ad litem* Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:22-cv-01291-SSS-SHK**<br><br>*Hon. Sunshine S. Sykes,*<br>*Hon. Magistrate Shashi H. Kewalramani*<br><br>**DECLARATION OF SHANNON J. LEAP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Plaintiffs' Memorandum of Points and Authorities in Opposition; Plaintiffs' Separate Statement of Facts and Additional Material Facts, Plaintiffs' Objections to Defendants' Evidence, Declaration of Scott DeFoe, and Declaration of Bennet Omalu, M.D.*].<br><br>Date: April 19, 2024<br>Time: 2:00 P.M.<br>Courtroom: Courtroom 2, 2nd Floor |

# DECLARATION OF SHANNON J. LEAP

I, Shannon J. Leap, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the relevant pages of Deputy David Moore's Deposition ("Moore Depo"), taken on September 15, 2023.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant pages of Deputy Andrew Pollick's Deposition ("Pollick Depo"), taken on September 15, 2023.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant pages of Deputy Christina Olivas' Deposition ("Olivas Depo"), taken on October 3, 2023.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant pages of Corporal Cory McCarthy's Deposition ("McCarthy Depo"), taken on November 9, 2023.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the relevant pages of Deputy Joshua Stone's Deposition ("Stone Depo"), taken on December 14, 2023.

7. Attached hereto as "**Exhibit 6**" is a true and correct copy of the relevant pages of Sergeant Luke Gaytan's Deposition ("Gaytan Depo"), taken on December 14, 2023.

8. Attached hereto as "**Exhibit 7**" is a true and correct copy of the relevant pages of Deputy Anthony Alcala's Deposition ("Alcala Depo"), taken on December 28, 2023.

9. Attached hereto as "**Exhibit 8**" is a true and correct copy of the relevant pages of Reporting Party Helen Fregoso's Deposition ("Fregoso Depo"), taken on January 30, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of March, 2024 in Woodland Hills, California.

*/s/ Shannon J. Leap*
Shannon J. Leap

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
DECLARATION OF SHANNON J. LEAP IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT