LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

*Attorneys for Plaintiffs A.J.P., et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors, by and through their guardian *ad litem* Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:22-cv-01291-SSS-SHK**<br><br>*Hon. Sunshine S. Sykes,*<br>*Hon. Magistrate Shashi H. Kewalramani*<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE OFFERED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION**<br><br>[*Filed concurrently with [PROPOSED] Order.*]<br><br>Date: April 19, 2024<br>Time: 2:00 P.M.<br>Courtroom: Courtroom 2, 2nd Floor |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE PRESENTED IN THEIR STATEMENT OF UNDISPUTED FACTS

1  Pursuant to this Court's Standing Order (Dkt. 13), Plaintiffs A.J.P. and A.M.P.,

2  minors, by and through their guardian ad litem Cynthia Nunez, and PATRICIA

3  RUIZ, individually respectfully submit their legal objections to Defendants'

4  evidence proffered in support of their Motion for Summary Judgment.

5

6

7

8  DATED:  March 15, 2024              LAW OFFICES OF DALE K. GALIPO

9

10

11                                            By   /s/ Shannon J. Leap
                                                  Shannon J. Leap,
12                                                Law Offices of Dale K. Galipo

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE

| Fact No. | Defendants' Fact and Supporting Evidence | Objection |
|---|---|---|
| 1. | On Sunday, August 29, 2021, at approximately 1726 hours, San Bernardino County Sheriffs' Dispatch received a 911 call for service at 16576 Zenda Street #1, Victorville. Supporting Evidence: Call Log History (Ex. "A") at pg. 1. | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under F.R.E. 803. Misleading and prejudicial under F.R.E. 403. |
| 2. | The reporting party, Helen Fregoso, reported her daughter's friend, Albert Perez ("Perez"), was in the garage, causing a disturbance, and that he had a gun in his front right pocket. (Call Log History (Ex. "A") at pg. 1; Fregoso Depo. (Ex. "B") at 32:5-17, 22-25, 33:1-3.) | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under F.R.E. 803. Misleading and prejudicial under F.R.E. 403. Vague and Ambiguous as to "disturbance," Irrelevant under F.R.E. 401, 402 |
| 3. | Helen Fregoso's daughter, Renee Caudillo, advised Sheriffs Dispatch that Perez told her that she was causing him problems and thought people were after him, and that he pulled out a black gun from his pocket. (Call Log History (Ex. "A") at pg. 1. | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under F.R.E. 803. Misleading and prejudicial under F.R.E. 403. |
| 4. | Deputy Steven Carter was the first to arrive at the incident location, and located Perez in the garage and observed a black gun in Perez' hand. (Call Log History (Ex. "A") at pg. 2. | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under F.R.E. 803. Misleading and prejudicial under F.R.E. 403. |
| 5. | Deputy Steven Carter ordered Perez to drop the gun, but Perez did not comply. (Call Log History (Ex. "A") at pg. 2.) | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under |

|  |  |  | F.R.E. 803. Misleading and prejudicial under F.R.E. 403. Irrelevant under F.R.E. 401, 402. Vague and ambiguous and assumes facts not in evidence as to "ordered" and "not comply." Calls for speculation and lacks foundation. |
|---|---|---|---|
| 6. | | Perez remained in the garage with the gun in his hand and refusing commands from deputies to drop the gun. (Call Log History (Ex. "A") at pgs. 2, 3, 4.) | As to "**Ex. A**": Multiple levels of Hearsay, under F.R.E. 801, 802 with no applicable exception under F.R.E. 803. Misleading and prejudicial under F.R.E. 403. Irrelevant under F.R.E. 401, 402. Vague and ambiguous and assumes facts not in evidence as to "refusing commands" Calls for speculation and lacks foundation. |

Respectfully Submitted,


Dated: March 15, 2024,                    LAW OFFICES OF DALE K. GALIPO


                                    By:    /s/ Shannon J. Leap
                                           Dale K. Galipo
                                           Shannon J. Leap
                                           Attorneys for Plaintiffs

PLAINTIFFS' EVIDENTIARY OBJECTIONS