1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors, by and through their guardian *ad litem* Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 5:22-cv-01291-SSS-SHK**<br><br>*Hon. Sunshine S. Sykes,*<br>*Hon. Magistrate Shashi H. Kewalramani*<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EVIDENCE OFFERED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION**<br><br>[*Filed concurrently Plaintiffs' Plaintiffs' Objections To Defendants' Evidence Offered In Support Of Defendants' Motion For Summary Judgment/ Adjudication*]<br><br>Date: April 19, 2024<br>Time: 2:00 P.M.<br>Courtroom: Courtroom 2, 2nd Floor |

On March 15, 2024, Plaintiffs filed their Objections to Defendants' Evidence Offered In Support Of Defendants' Motion For Summary Judgment/Adjudication

requesting the Court to find that Defendants' reliance on "Call Log History" (Ex. A attached to Dkt. 43-2) as inadmissible on the basis that:

1. It contains inadmissible hearsay under F.R.E. 801, 802 without an applicable exception under F.R.E. 803;
2. Is misleading and prejudicial under F.R.E. 403;
3. Irrelevant under F.R.E. 401, 402;
4. Vague and ambiguous as to the following descriptions: "disturbance," "ordered," "refusing commands," and "not comply;"
5. Calls for speculation and lacks foundation.

The Court, having considered Plaintiffs' Objections to Defendants' Evidence Offered in Support Of Defendants' Motion For Summary Judgment/Adjudication and finding good cause, hereby GRANTS the request and ORDERS as follows:

1. Exhibit A attached to the Declaration of Kayleigh Anderson is inadmissible evidence offered in support of Defendant's Facts 1-6 and will not be considered as evidence in support of Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:                               UNITED STATES DISTRICT COURT

_____
United States District Court Jugdge
Hon. Sunshine S. Sykes