LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br>**JOINT STIPULATION TO CONTINUE LAST DATE TO HEAR MOTIONS AND HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[(*Proposed) Order filed concurrently herewith*]<br><br>FPTC: July 12, 2024<br>Trial: July 29, 2024 |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN A.J.P. and A.M.P., minors by and through their guardian ad litem CYNTHIA NUNEZ, individually and as successor in interest to ALBERT PEREZ, deceased; and PATRICIA RUIZ, individually ("Plaintiffs") and COUNTY OF SAN BERNARDINO; CORY MCCARTHY, ANDREW POLLICK; DAVID MOORE, and CRISTINA OLIVAS ("Defendants"), as follows:

**GOOD CAUSE STATEMENT:**

1. Defendants filed a Motion for Summary Judgment ("MSJ") on Plaintiffs' claims on March 1, 2024, and noticed it for the hearing date of April 19, 2024 (Dkt. No. 43);

2. Currently, April 19, 2024 is also the deadline to hear motions for summary judgment and the last date for hearing motions, per the Court's Scheduling Order (Dkt. No. 41);

3. The parties participated in a mediation with ADR Panel Mediator, Richard Copeland on March 27, 2024. At that time, the parties reached a potential settlement agreement, contingent on the approval of the settlement by the County's Board of Supervisors, plaintiffs' execution of a release of claims, and the Court's approval of a minors' compromise.

4. Because of this, the parties believe that a short continuance of the April 19, 2024, MSJ hearing is warranted and will provide the parties with sufficient time to determine whether the matter will resolve outside of trial.

5. To avoid wasting valuable time and resources of the Court, the parties, and their counsel, the parties respectfully request that the Court continue the last date to hear motions and the hearing on Defendants' MSJ from April 19, 2024 to May 17, 2024.

6. It is anticipated that the settlement will be presented to the County's Board of Supervisors for consideration prior to May 17, 2024.

7. If the matter should resolve before that time, alleviating the need for further litigation, the parties will file a status report, apprising the Court of any developments.

Respectfully submitted,

DATED:  April 3, 2024                    LAW OFFICES OF DALE K. GALIPO

                                          By _____ /s/ Dale K. Galipo_____
                                              Dale K. Galipo[1]
                                              Shannon J. Leap
                                              Attorneys for Plaintiffs

DATED:  April 3, 2024                    **MANNING & KASS**
                                          **ELLROD, RAMIREZ, TRESTER LLP**

                                          By _____ /s/ Eugene Ramirez_____
                                              Eugene P. Ramirez, Esq.
                                              Lynn Carpenter, Esq.
                                              Kayleigh A. Andersen, Esq.
                                              Attorneys for Defendants, COUNTY OF
                                              SAN BERNARDINO, et al.

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.