LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE ALL DATES**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN A.J.P. and A.M.P., minors by and through their guardian ad litem CYNTHIA NUNEZ, individually and as successor in interest to ALBERT PEREZ, deceased; and PATRICIA RUIZ, individually ("Plaintiffs") and COUNTY OF SAN BERNARDINO; CORY MCCARTHY, ANDREW POLLICK; DAVID MOORE, and CRISTINA OLIVAS ("Defendants"), by and through their attorneys of record, hereby inform the Court of their settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, the parties have reached an agreement to settle the entire case.

WHEREAS, this case involves minor plaintiffs, A.J.P. and A.M.P., who will need to file petitions for approval of the compromise of their claims with this Court.

WHEREAS, the parties request that all dates and deadlines be vacated, including the trial date, based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for ninety (90) days to allow time for the minor plaintiffs, through their guardian ad litem, to select annuity proposals and file their petition, to allow time for this Court to consider the minor's compromise petitions, and to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds.

///
///
///
///
///
///

-1-  5:22-CV-01291 SSS (SHKx)
NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE ALL DATES

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May 21, 2024          LAW OFFICES OF DALE K. GALIPO

By        */s/ Dale K. Galipo*
Dale K. Galipo
Shannon J. Leap[1]
Attorneys for Plaintiffs

DATED: May 21, 2024          **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By        */s/ Kayleigh A. Andersen*
Eugene P. Ramirez, Esq.
Lynn Carpenter, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, et al.

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-          5:22-CV-01291 SSS (SHKx)
NOTICE OF SETTLEMENT OF ENTIRE CASE AND REQUEST TO VACATE ALL DATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27