# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER RE: NOTICE OF SETTLEMENT AND REQUEST TO VACATING ALL DATES** |

**TO ALL PARTIES AND COUNSEL:**

On May 21, 2024, the Parties filed a Notice of Settlement and Request to Vacate all Dates. The Court, having reviewed the parties' Notice of Settlement and Request to Vacate All Dates and Deadlines, and good cause appearing therefrom, it is hereby ordered as follows:

1. This Court shall retain jurisdiction over this matter for a period of ninety (90) days to allow time for the minor plaintiffs through their guardian ad litem, to select annuity proposals and file their petition, to allow time for this Court to consider the minor's compromise petitions, and to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds.

2. All dates and deadlines, including the trial, are hereby vacated.

IT IS SO ORDERED.

Dated:

                                            _____
                                            SUNSHINE S. SYKES
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

-i-  Case No.: 2:21-cv-08738 FMO

JOINT STATEMENT OF THE CASE