LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Shannon J. Leap Esq. (SBN 339574)
Email: sleap@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4111

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.J.P. and A.M.P., minors, by and through their guardian *ad litem* Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CORY MCCARTHY; ANDREW POLLICK; DAVID MOORE; and CHRISTINA OLIVAS,<br><br>Defendants. | Case No. 5:22-cv-01291-SSS-SHK<br>*Hon. Sunshine S. Sykes*<br><br>**DECLARATION OF MELISSA BALDWIN IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR APPROVAL OF COMPROMISE OF THE CLAIMS OF MINOR PLAINTIFFS A.J.P. AND A.M.P.** |

**DECLARATION OF MELISSA BALDWIN**

1. I am a competent adult. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called. I make this declaration in support of Plaintiffs A.J.P. and A.M.P.'s *ex parte* application for approval of the compromise of the claims of minor Plaintiffs A.J.P. and A.M.P.'s by and through their guardian *ad litem*, Cynthia Nunez, individually and as successors in interest to Albert Perez, deceased.

2. I am the Owner and Structured Settlement Consultant of Baldwin Settlements, with offices located at 24265 Juanita Drive, Laguna Niguel, CA 92677 and 1 Sansome St., 35th Flr., San Francisco, CA 94104. I am a licensed annuity and life agent specializing exclusively in the creation, establishment and placement of Structured Settlement Annuities for minors and adults and have been in this capacity on a continuous basis since 2006.

3. I was brought into this case for my expertise as a Structure Consultant, to compose, place and secure structured annuities for the benefit of the minor Plaintiffs A.J.P and A.M.P. The final annuity payment plan and interest rates were locked in by my office with Metropolitan Life Insurance Company, with a funding deadline of **September 10, 2024**.

4. In order for the Defendant to issue payments they must be in receipt of the signed Order Approving Minors Compromise within 30 days prior to the funding deadline, approval on or before August 10, 2024.

5. I strongly implore the Court to review this application on an Ex Parte basis and provide approval as soon as possible. If review of the Minor Compromise is delayed, thereby exceeding the funding deadline of September 10, 2024, the rates and annuity payments will expire. No rate extensions are possible and the delay in funding will negatively affect the Minors payments. It would decrease the interest rates, lessen the annuity payments, and decrease of guaranteed return of the structured annuity benefits to the Minors as rates have changed since originally

locked in and secured.

    I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 17th day of July 2024, at Laguna Hills, California.

_____
Melissa Baldwin
CA License #