# CYNTHIA NUNEZ, AS GUARDIAN *AD LITEM* FOR MINOR PLAINTIFFS, PETITIONER'S ENDORSEMENT AND VERIFICATION

I, Cynthia Nunez, guardian *ad litem* of minor Plaintiffs A.J.P. and A.M.P., hereby declare under penalty of perjury pursuant to the laws of the United States of America that I have reviewed the petition for compromise of claims of minor Plaintiffs A.J.P. and A.M.P., and the foregoing is true and correct.

I am the biological mother of minor Plaintiffs A.J.P. and A.M.P. and approved guardian *ad litem*.

As the guardian *ad litem* for minor Plaintiffs A.J.P. and A.M.P., I have made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident giving rise to minor Plaintiffs A.J.P. and A.M.P.'s claims, the parties responsible for the incident, and the nature, extent and seriousness of the minor Plaintiffs' claims.

I further understand that if the compromise proposed in this petition is approved by the Court and is consummated, the minor Plaintiffs will be forever barred from seeking any further recovery of compensation even though the minor Plaintiffs' injuries and loss might in the future appear to be more serious than they are now thought to be.

I am informed and believe that the minor Plaintiffs have made some sufficient recovery from the effects of their injuries and losses so as to justify the resolution of this matter in accord with the terms of the settlement agreement.

///
///
///
///
///

1   I recommend the compromise settlement and the proposed distribution to the
2   Court as being fair, reasonable, and in the best interest of the Minor Plaintiffs, and
3   request that the Court approve this compromise settlement and make such other and
4   further orders as may be just and reasonable.
5
6   Executed on this 9th day of July 2024, State of California.
7
8   
9   _____
10                Cynthia Nunez
                  guardian *ad litem*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28