UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01291-SSS-SHKx | Date | July 26, 2024 |
| Title | A.J. P., et al. v. County of San Bernardino, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 (7-26-24) |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dale K. Galipo | Kayleigh Ann Andersen |
| Shannon Joey Leap | |

**Proceedings:   ZOOM HEARING RE:  UNOPPOSED EX PARTE APPLICATION [Dkt. 57]**

Counsel state their appearances.  The Court confers with counsel.  The Court takes the matter under submission.

**IT IS SO ORDERED.**

Time:  00:20
Initials of Preparer: iv