LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br>**STATUS REPORT RE: SETTLEMENT**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN A.J.P. and A.M.P., minors by and through their guardian ad litem CYNTHIA NUNEZ, individually and as successor in interest to ALBERT PEREZ, deceased; and PATRICIA RUIZ, individually ("Plaintiffs") and COUNTY OF SAN BERNARDINO; CORY MCCARTHY, ANDREW POLLICK; DAVID MOORE, and CRISTINA OLIVAS ("Defendants"), by and through their attorneys of record, hereby inform the Court of the status of the settlement of this entire matter, and respectfully request that the Court maintain jurisdiction over the case until the consummation of the settlement, and stipulate as follows:

WHEREAS, the Court approved the Minors' Compromises on August 5, 2024 (See Dkt. No. 60).

WHEREAS, the County is in the process of purchasing the structured annuities for the minors A.J.P. and A.M.P. and will do so consistent with this Court's Order, dated August 5, 2024 and prior to the rate expiration date of September 10, 2024.

WHEREAS, the County is in the process of issuing the remainder of the settlement funds to Plaintiffs and their attorneys.

///
///
///
///
///
///
///

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for forty-five (45) days to allow time for the parties to complete the consummation of the terms of the settlement, including payment of the settlement funds.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: August 19, 2024  LAW OFFICES OF DALE K. GALIPO

By _____/s/ Dale K. Galipo_____
Dale K. Galipo
Shannon J. Leap[1]
Attorneys for Plaintiffs

DATED: August 19, 2024  **MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By _____/s/ Kayleigh A. Andersen_____
Eugene P. Ramirez, Esq.
Lynn Carpenter, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF SAN BERNARDINO, et al.

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.