1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>             Plaintiffs,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>             Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br><br>**ORDER RE: STATUS REPORT REGARDING SETTLEMENT** |

21

## TO ALL PARTIES AND COUNSEL:

22
On August 19, 2024, the Parties filed a Status Report regarding Settlement. The

23
Court, having reviewed the Parties' Status Report, and good cause appearing

24
therefrom, it is hereby ordered as follows:

25
26
27

1.  The County of San Bernardino shall purchase the structured annuities for the minors' compromises of A.J.P. and A.M.P. in the time frame consistent with this Court's order (Dkt. No. 60), by August 26, 2024.

2.  This Court shall retain jurisdiction over this matter for a period of forty-five (45) days to allow time for the for the parties to consummate the terms of the settlement, including payment of the settlement funds.

IT IS SO ORDERED.


Dated: August 21, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-                                    5:22-CV-01291 SSS (SHKx)
**ORDER RE: STATUS REPORT REGARDING SETTLEMENT**