**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap (Bar No. 339574)
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
Eugene P. Ramirez (SBN 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (SBN 310011)
  *Lynn.carpenter@manningkass.com*
Kayleigh Andersen (SBN 306442)
  *Kayleigh.andersen@manningkass.com*
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually, | Case No. 5:22-CV-01291 SSS (SHKx) Hon. Judge Sunshine S. Sykes, Hon. Mag. Shashi H. Kewalramani |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive, | *[Proposed] Order Filed Concurrently Herewith* |
| Defendants. | |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN A.J.P. and A.M.P., minors by and through their guardian ad litem CYNTHIA NUNEZ, individually and as successor in interest to ALBERT PEREZ, deceased; and PATRICIA RUIZ, individually ("Plaintiffs") and COUNTY OF SAN BERNARDINO; CORY MCCARTHY, ANDREW POLLICK; DAVID MOORE, and CRISTINA OLIVAS ("Defendants"), by and through their attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Respectfully submitted,

DATED:  September 27, 2024         LAW OFFICES OF DALE K. GALIPO

By _____ */s/ Dale K. Galipo* _____
Dale K. Galipo
Shannon J. Leap[1]
Attorneys for Plaintiffs

DATED:  September 27, 2024         **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By _____ */s/ Kayleigh A. Andersen* _____
Eugene P. Ramirez, Esq.
Lynn Carpenter, Esq.
Kayleigh A. Andersen, Esq.
Attorneys for Defendants, COUNTY OF
SAN BERNARDINO, et al.

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.