# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and PATRICIA RUIZ, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; DAVID MOORE, CORY MCCARTHY, CHRISTINA OLIVAS, ANDREW POLLICK, and DOES 5-10, inclusive,<br><br>Defendants. | Case No. 5:22-CV-01291 SSS (SHKx)<br>Hon. Judge Sunshine S. Sykes,<br>Hon. Mag. Shashi H. Kewalramani<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

On September 27, 2024, the Parties filed a stipulation of the entire action for dismissal with prejudice. This Court, having considered the Parties' stipulation and finding good cause therefrom, hereby GRANTS the Stipulation that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the above-captioned action are hereby VACATED.

IT IS SO ORDERED.

DATED: _____          _____

                           HON. SUNSHINE S. SYKES
                           UNITED STATES DISTRICT JUDGE