1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12   A.J.P. and A.M.P., minors by and
through their guardian ad litem Cynthia
13   Nunez, individually and as successor in
interest to Albert Perez, deceased; and
14   PATRICIA RUIZ, individually,

15          Plaintiffs,

16      v.

17   COUNTY OF SAN BERNARDINO;
DAVID MOORE, CORY MCCARTHY,
18   CHRISTINA OLIVAS, ANDREW
POLLICK, and DOES 5-10, inclusive,

19          Defendants.

Case No. 5:22-CV-01291 SSS (SHKx)
Hon. Judge Sunshine S. Sykes,
Hon. Mag. Shashi H. Kewalramani

**ORDER RE: STIPULATION FOR
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE**

20

21

22

23

24

25

26

27

ORDER RE: STIPULATION OF ENTIRE ACTION FOR DISMISSAL WITH PREJUDICE

On September 27, 2024, the Parties filed a stipulation of the entire action for dismissal with prejudice. This Court, having considered the Parties' stipulation and finding good cause therefrom, hereby GRANTS the Stipulation that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the above-captioned action are hereby VACATED.

IT IS SO ORDERED.

DATED: September 30, 2024    _____

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE